Kimberly A. Donovan (CA Bar No. 160729)
**GCA LAW PARTNERS LLP**
1891 Landings Drive
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901
E-mail: kdonovan@gcalaw.com

H. Dickson Burton (UT Bar. No. 4004) (*pro hac vice*)
Edgar R. Cataxinos (UT Bar No. 7162) (*pro hac vice*)
**TRASKBRITT, P.C.**
230 South 500 East
Suite 300
P.O. Box 2550
Salt Lake City, Utah 84110-2550
Telephone:    (801) 532-1922
Facsimile:    (801) 531-9168
E-Mail:    hdburton@traskbritt.com

Attorneys for Defendant
STORAGECRAFT TECHNOLOGY CORP.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SYMANTEC CORP.,<br><br>Plaintiff,<br><br>v.<br><br>STORAGECRAFT TECHNOLOGY CORPORATION.<br>Defendant. | Case No. CV07-4731 JW<br><br>**NOTICE OF MOTION FOR PROTECTIVE ORDER RE: SUBPOENA TO BURBIDGE MITCHELL & GROSS**<br><br>Date:    March 17, 2008<br>Time:    9:00 a.m.<br>Place:    Courtroom 8<br>Judge:    Honorable James Ware |

Case No. CV07-4731 JW
Notic of Motion for Protective Order Re: Burbidge Subpoena

-1-

1  TO PLAINTIFF AND ITS COUNSEL OF RECORD:

2  **PLEASE TAKE NOTICE** that on Monday, March 17, 2008, at 9:00 a.m., or as
3  soon thereafter as counsel may be heard, or on an earlier date and time as may be
4  established by the court in response to StorageCraft's Motion for Shortened Time, in
5  Courtroom 8 of the above-entitled Court, located at 280 South 1st Street, San Jose, CA
6  95113, defendant StorageCraft Technology Corporation ("StorageCraft") will, and does
7  hereby, move this Court for a Protective Order quashing or modifying the Subpoena to the
8  Burbidge law firm.

9  This Motion is based upon this Notice of Motion, the Memorandum in Support of
10  the Motion for Protective Order, the Declarations of H. Dickson Burton, Thomas Russell
11  Shreeve and Christopher Martinez in Support of Motion for Protective Order, filed
12  currently with this Notice, and all of the pleadings and papers on file herein and upon such
13  further evidence and argument, both oral and documentary, as may be presented at the
14  hearing on this matter.

16  Dated: January 18, 2008

17                                              GCA LAW PARTNERS LLP
                                                Kimberly A. Donovan

19                                                      /S/ Kimberly A. Donovan_____

20                                              Attorneys for Defendant
21                                              STORAGECRAFT TECHNOLOGY CORP.

Case No. CV07-4731 JW                     -1-
Notic of Motion for Protective Order Re: Burbidge
Subpoena