H. Dickson Burton (4004)
Edgar R. Cataxinos (7162)
Jason P. Nixon (11417)
TRASKBRITT, PC
230 South 500 East, Suite 300
P.O. Box 2550
Salt Lake City, UT  84110
Telephone:  (801) 532-1922

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **SYMANTEC CORPORATION,** a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>**STORAGECRAFT TECHNOLOGY CORPORATION,** a Utah corporation<br><br>Defendant | **STIPULATED MOTION FOR PROTECTIVE ORDER**<br><br>Case No.: 2:08-cv-194 TS<br><br>Judge:  Stewart, Ted |

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, and subject to the approval of this Court, the parties to this action, Plaintiff Symantec Corporation, ("Symantec") and Defendant StorageCraft Technology Corporation ("StorageCraft"), through their respective counsel of record, hereby stipulate to and file with the Court the following Protective Order in this action, to govern the disclosure of confidential discovery materials and testimony that the parties believe will likely be required in the above-captioned action. This action is a trade secret case involving confidential and proprietary technical and financial information, and the parties to this action believe and hereby represent to the Honorable Court that entry of a Protective Order will facilitate discovery herein..

DATED this 24th day of March, 2008

                                        Respectfully submitted,

                                  /s/ H. Dickson Burton
H. DICKSON BURTON
JASON P. NIXON
EDGAR R. CATAXINOS
TRASKBRITT, P.C.
230 South 500 East
Suite 300
P.O. Box 2550
Salt Lake City, Utah 84110-2550
Telephone: (801) 532-1922

Attorneys for Defendant StorageCraft
Technology Corporation


                                  /s/ Geoffrey M. Godfrey
Geoffrey M. Godfrey (pro hac vice)
Paul S. Grewal (*pro hac vice*)
William P. Nelson (*pro hac vice*)
DAY CASEBEER MADRID & BATCHELDER LLP
20300 Stevens Creek Blvd., Suite 400
Cupertino, California 95014
Telephone: (408) 873-0110
Facsimile: (408) 873-0220

Attorneys for Symantec Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 24th day of March, 2008, I e-mailed and mailed by First Class Mail, postage prepaid, a true and correct copy of Defendant's Motion for Protective Order and Stipulated Protective Order to the following:

>Brent O. Hatch
>HATCH, JAMES & DODGE, PC
>10 West Broadway, Suite 400
>Salt Lake City, Utah 84101
>Fax: (801) 363-6666
>
>Paul S. Grewal (pgrewal@daycasebeer.com )
>William P. Nelson (wnelson@daycasebeer.com)
>Geoffrey M. Godfrey (ggodfrey@daycasebeer.com )
>Bryson S. Santaguida
>DAY CASEBEER MADRID & BATCHELDER, LLP
>20300 Stevens Creek Blvd., Suite 400
>Cupertino, CA 95014
>Fax: (408) 873-0220

_____